```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 22116
    SHASHANNA HEARD
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-0112


------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 08/22/2008 and was not confirmed.

    The case was dismissed without confirmation 11/10/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
CINGULAR                   UNSECURED       NOT FILED         .00           .00
TCF NATIONAL BANK          UNSECURED       NOT FILED         .00           .00
AT&T                       UNSECURED          685.39         .00           .00
SPRINT PCS                 UNSECURED       NOT FILED         .00           .00
CITICORP CREDIT SERVICES   UNSECURED             .00         .00           .00
US CELLULAR CHICAGO        UNSECURED       NOT FILED         .00           .00
COMCAST                    UNSECURED       NOT FILED         .00           .00
COMED                      UNSECURED       NOT FILED         .00           .00
ISAC                       UNSECURED             .00         .00           .00
MIDLAND CREDIT MANAGEMEN   UNSECURED          735.24         .00           .00
MONTEREY COLLECTIONS       UNSECURED         1193.73         .00           .00
NICOR GAS                  UNSECURED       NOT FILED         .00           .00
GUARANTY BANK              UNSECURED          335.00         .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          514.16         .00           .00
ROGERS & HOLLAND           UNSECURED       NOT FILED         .00           .00
MACNEAL EMERGENCY PHYSIC   UNSECURED       NOT FILED         .00           .00
JPMORGAN CHASE BANK        SECURED VEHIC    14024.00         .00           .00
JPMORGAN CHASE BANK        UNSECURED          180.95         .00           .00
ARROW FINANCIAL SERVICES   UNSECURED          212.66         .00           .00
FIRST FINANCIAL PORTFOLI   UNSECURED          739.11         .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     3,474.00                        .00
TOM VAUGHN                 TRUSTEE                                         .00
DEBTOR REFUND              REFUND                                       535.00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                    535.00

PRIORITY                                                       .00
SECURED                                                        .00
UNSECURED                                                      .00
ADMINISTRATIVE                                                 .00
TRUSTEE COMPENSATION                                           .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 22116 SHASHANNA HEARD
```

```
DEBTOR REFUND                                                   535.00
                                        ----------------    ----------------
TOTALS                                         535.00              535.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


|  |  |
|---|---|
| Dated: 02/24/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |